AO-10
Rev. 1/97

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989

(5 U.S.C. App. 4, 101-112)

## FOR CALENDAR YEAR 1910

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KEARSE, AMALYA L. | COURT OF APPEALS, 2D CIRCUIT | 05/02/11 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE, Sr. Status | ___ Nomination, Date __/__/__ <br> ___ Initial _X_ Annual ___ Final | 01/01/10 - 12/31/10 |

| 7. Chambers or Office Address <br> U.S. COURTHOUSE <br> FOLEY SQUARE <br> NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee, Director | Kearse Memorial Scholarship Fund |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| '69, '79 | Hughes Hubbard & Reed - Amalya L. Kearse: Return of July 1979 Re |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☒ NONE (No reportable non-investment income) | | |
| 1 | | $_____ |
| 2 | | $_____ |
| 3 | | $_____ |
| 4 | | $_____ |
| 5 | | $_____ |

**Kearse, Amalya L.**

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes:   J=$15,000 or less    K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000        P1=$1,000,001-$5,000,000              P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| KEARSE, AMALYA L. | 05/02/11 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemp- tion) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  Clinton Assoc. Ptnp | | None | J | W | | | | | |
| 2  Int'l Constructors Ptnp | A | Interest | J | W | | | | | |
| 3  T Rowe Price Eq Inc Mutual Fund | A | Dividend | J | T | | | | | |
| 4  Janus Twenty Mutual Fund | A | Dividend | J | T | | | | | |
| 5  IRA Janus Fund | A | Dividend | J | T | | | | | |
| 6  IRA Perkins Mid-Cap Value Fund | A | Dividend | L | T | | | | | |
| 7  IRA T Rowe Price MidCap Value Fund | A | Dividend | L | T | | | | | |
| 8  Janus Money Market Fund | | None | J | T | | | | | |
| 9  T Rowe Price Money Market Fund | | None | J | T | | | | | |
| 10  T Rowe Price MidCap Growth Fund | C | Distribu | L | T | | | | | |
| 11  Citibank Money Market | A | Interest | J | T | | | | | |
| 12  JP Morgan Clearing Corp. Money Market Fund | B | Dividend | J | T | | | | | |
| 13  IndyMac Bancorp | | None | J | T | | | | | |
| 14  Selected American Shares | A | Dividend | K | T | SoldPt | 2/8 | K | C | |
| 15  Selected Special Shares | A | Dividend | K | T | SoldPt | 2/8 | K | A | |
| 16  T Rowe Price Media & Telecom. Fund | A | Dividend | J | T | | | | | |
| 17  Checkpoint Systems Inc. | | None | | | SoldAll | 2/5 | K | A | |
| 18  Cisco Systems | | None | K | T | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 | E=$15,001-$50,000 H2=$5,000,001 or more |
|---|---|---|---|
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less  O=$500,001-$1,000,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000 P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000 P4=$50,000,001 or more | |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal  U=Book Value | R=Cost(real estate only)  V=Other | S=Assesment  T=Cash/Market  W=Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| KEARSE, AMALYA L. | 05/02/11 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemp- tion) | (2) Date: Month- Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Intel Corp. | A | Dividend | K | T | | | | | |
| 20 Perkins MidCap Value Fund (non-IRA) | A | Dividend | J | T | | | | | |
| 21 Citadel Broadcasting Co. | | None | J | T | | | | | |
| 22 American Express Money Market Fund | A | Interest | J | T | | | | | |
| 23 T Rowe Price Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 24 Sociedad Quimica y Minera - See Note. | A | Dividend | J | T | | | | | |
| 25 Sociedad Quimica y Minera | A | Dividend | K | T | Bought | 2/5 | K | | |
| 26 YUM Brands Inc. | A | Dividend | K | T | Bought | 2/10 | K | | |
| 27 Somanetics Corp. | | None | | | Bought | 2/10 | K | | |
| 28 Somanetics Corp. | | None | | | Tenderd | 7/30 | K | D | |
| 29 Activision Blizzard Inc. | A | Dividend | J | T | Bought | 2/10 | J | | |
| 30 Activision Blizzard Inc. | | None | J | T | Bought | 8/5 | J | | |
| 31 Activision Blizzard Inc. | | None | J | T | Bought | 9/20 | J | | |
| 32 Nvidia Corp. | | None | K | T | Bought | 9/20 | J | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000 G=$100,001-$1,000,000 | D=$5,001-$15,000 H1=$1,000,001-$5,000,000 | E=$15,001-$50,000 H2=$5,000,001 or more |
|---|---|---|---|---|
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less O=$500,001-$1,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=$50,000,001 or more | M=$100,001-$250,000 N=$250,001-$500,000 P2=$5,000,001-$25,000,000 | |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal U=Book Value | R=Cost(real estate only) V=Other | S=Assesment W=Estimated | T=Cash/Market |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

All Explanations are re Part VII:

All investments shown in previous report as having no value at end of the prior reporting period were sold, dissolved, or otherwise disposed of during that period and have been deleted from the form.

Some shares of Sociedad Quimica y Minera purchased in 2009 were donated to charitable organizations on September 20, 2010.

Any multiple entries for the same security, required in prior report because there were transactions on different dates, have been consolidated to the extent appropriate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544